**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Venustiano Nieto Beltran and, Rosa Del Carmen Felix, husband and wife, and surviving natural parents of Misael Nieto and Gamaliel Nieto; and Kathryn S. Cruz, on behalf of Nathan Dominic Cruz Nieto, a minor, surviving natural son of Gamaliel Nieto,<br><br>             Plaintiffs<br>       vs.<br><br>United States of America, a sovereign entity,<br><br>             Defendants. | No. CIV 07-1421-PHX-RCB<br><br>O R D E R |

Currently pending before the court is plaintiffs' "Motion for Extension of Time to File Response" (doc. 7). After carefully considering that Motion, defendant's Response thereto (doc. 8), and plaintiffs' Reply (doc. 9), the court hereby GRANTS plaintiffs' Motion for Extension (doc. 7).[1]

IT IS ORDERED that Plaintiffs shall have until sixty (60) days from the date of entry of this order to conduct discovery limited

---

[1] Finding oral argument unnecessary, the court denies plaintiffs' motion in that regard (doc. 10).

to the maintenance standard for the roadway which is the subject of this litigation, the incident history and whether warning signs should have been posted.

IT IS FURTHER ORDERED that Plaintiffs' Response to Defendant's Motion for Judgment on the Pleadings (doc. 6) shall be filed and served within thirty (30) days after completion of the discovery allowed in paragraph (1) above; and

IT IS FINALLY ORDERED that Defendant's Reply, if any, shall be filed and served within twenty (20) days of the filing and service of Plaintiffs' Response.

DATED this 2nd day of April, 2008.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record